TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-07-00586-CR


NO. 03-07-00587-CR







Claude Wayne Chadwick, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT


NO. A-04-0990-S & A-04-0991-S, HONORABLE V. MURRAY JORDAN, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Erika Copeland, is ordered to tender a brief in this cause no later than April 16, 2008.

It is ordered March 27, 2008. 


Before Justices Patterson, Puryear and Henson

Do Not Publish